UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) **FEE AND EXPENSE ITEMIZATION**
) **THROUGH _____;**
) **REQUEST FOR APPROVAL OF**
) **ATTORNEY FEES**
<u>Debtor(s)</u>                                              )

*For Schedule 2 attorney fees, if the estimated fee exceeds $3,450, debtor's counsel must complete the below certification and attach an itemized statement showing the time and hourly rate applied to each service rendered. The itemization must be filed with the court not less than 1 week before the final confirmation hearing and should include all services and fees incurred through a date no earlier than 2 weeks before the confirmation hearing, even if that amount exceeds the amount sought for approval at confirmation.*

I, the undersigned debtor's attorney, whose address and phone number are _____ _____, certify that, through the date stated above, I have incurred attorney fees of $ _____ and expenses of $ _____, of which $ _____ has been paid, leaving $ _____ unpaid. I have contemporaneous time and expense records and have attached an itemization of my fees and expenses hereto. Consistent with the estimated attorney fees listed on the chapter 13 plan, I am requesting approval of compensation to debtor's counsel in the above amounts covering the period ☐ through confirmation ☐ through _____ to be paid pursuant to the plan.

_____
Signature [Debtor(s) Attorney]         OSB #

1306 (12/1/2017)                          **[Note: Printed text may not be stricken]**

**Attorney & Manager**
Chris Mertens

Admitted in Oregon
Admitted in Washington
Admitted in California

Direct: 503.836.7673

# MERTENS LAW

*A Consumer & Small Business law firm.*

*Chris@MertensCSBLaw.com*
www.MertensCSBLaw.com

**Mailing Address**
*Hollywood Office*
4411 NE Tillamook Street
Portland, OR 97213

Fax: 503.213.6000

## BILLING STATEMENT

James L. Feyler
3115 SW 197th Ave
Aloha, OR 97003-2301

December 13, 2018
Client No. 17018
Invoice No. 17018-1

Matter: 18-33806-TMB13

| Date | Attorney | Description | Billable Time (hours) | Hourly Rate | Charge |
|---|---|---|---|---|---|
| 08/31/17 | C.M. | Reviewed intake notes in preparation for client update phone call (.2). Phone call with client regarding status and changes in circumstances to discuss options and strategy going forward (.45). Notes to file re: status and strategy and necessary follow-up (.35). | 1.00 | $360.00 | $360.00 |
| 10/17/17 | C.M. | Reviewed notes and file regarding client question regarding asset issues. Researched issue. Note to file re: status and necessary follow-up. | 0.35 | $360.00 | $126.00 |
| 12/12/17 | C.M. | Reviewed correspondence from client regarding financial status and creditor correspondence (.15). Reviewed creditor correspondence for potential issues and impact on filing strategy (.45). Notes to file re: same and necessary follow-up (.15). | 0.75 | $360.00 | $270.00 |
| 12/12/17 | C.M. | Reviewed updated income information provided by client (.2). Drafted correspondence to client with follow-up questions for clarification of status and strategy going forward (.35). | 0.55 | $360.00 | $198.00 |
| 12/14/17 | C.M. | Reviewed correspondence from client regarding updated information on income and expenses. Notes to file re: status and necessary follow-up. | 0.30 | $360.00 | $108.00 |
| 1/16/18 | C.M. | Reviewed file and notes (.15). Reviewed correspondence from creditor and made notes to file (.15). Drafted correspondence to client with creditor information and requesting update on status of items for additional strategy review (.45). | 0.75 | $360.00 | $270.00 |
| 1/17/18 | C.M. | Reviewed file; reviewed updated information from client re: status and strategy going forward. Notes to file re: same and timeline for follow-up. | 0.40 | $360.00 | $144.00 |
| 3/7/2018 | C.M. | Reviewed file; reviewed correspondence from client regarding creditor communication. Reviewed notes. Drafted correspondence to client regarding status and requesting clarification of income and assets. Reviewed response. Notes to file re: status and timeline for proceeding. | 0.50 | $360.00 | $180.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/21/18 | C.M. | Reviewed file and notes; Reviewed correspondence from client regarding status and possible changes in circumstances. Drafted follow-up correspondence to client. | 0.30 | $360.00 | $108.00 |
| 03/22/18 | C.M. | Reviewed notes and update correspondence from client. Drafted correspondence to client addressing questions and timeline for proceeding. Note to file re: same and necessary follow-up. | 0.35 | $360.00 | $126.00 |
| 03/23/18 | C.M. | Reviewed updated information from client regarding changes to income and assets (.2). Drafted correspondence with options for client proceeding with alternative strategies (.3). Notes to file re: same and necessary follow-up (.1). | 0.60 | $360.00 | $216.00 |
| 08/07/18 | C.M. | Reviewed correspondence from client with update regarding changes to financial situation; drafted correspondence with follow-up questions for updated strategy. Notes to file re: same and necessary follow-up. | 0.40 | $380.00 | $152.00 |
| 08/09/18 | C.M. | Reviewed updated information about employment and past self-employment income from client. Drafted follow-up correspondence to client requesting information for further review and preparation for filing. | 0.35 | $380.00 | $133.00 |
| 08/24/18 | C.M. | Reviewed information provided by client in preparation for updated strategy and moving forward (.65). Notes to file re: same and additional clarification needed (.2). Drafted correspondence to client re: same (.15). | 1.00 | $380.00 | $380.00 |
| 09/26/18 | C.M. | Reviewed file and notes; reviewed updated income information and preliminary means test calculations (.85). Note to file re: same (.1). | 0.95 | $380.00 | $361.00 |
| 10/06/18 | C.M. | Reviewed file and notes (.2). Drafted detailed correspondence to client regarding additional information and documentation needed and timeline for the same (.5). Notes to file re: same and necessary follow-up (.2). | 0.90 | $380.00 | $342.00 |
| 10/09/18 | C.M. | Reviewed correspondence from client regarding information requested. Reviewed file and notes; responded with clarification and follow-up. Note to file re: same. | 0.30 | $380.00 | $114.00 |
| 10/19/18 | C.M. | Reviewed correspondence from client regarding past business income. Reviewed file and notes; responded with clarification. Note to file re: same. | 0.25 | $380.00 | $95.00 |
| 10/23/18 | C.M. | Reviewed file and notes for status for filing preparation and plan drafting (.4). Exchanged correspondence with client regarding requirements for filing and timing of same (.2) | 0.60 | $380.00 | $228.00 |
| 10/24/18 | C.M. | Reviewed correspondence regarding credit counseling and certificate. Confirmed completion, note to file re: same. | 0.15 | $380.00 | $57.00 |
| 10/29/18 | C.M. | Reviewed documentation provided by client for review for emergency filing. Drafted correspondence to client confirming status for emergency filing. Note to file re: same and necessary follow-up. | 0.35 | $380.00 | $133.00 |
| 10/30/18 | C.M. | Exchanged correspondence with client regarding emergency filing and timeline for review and signature of emergency documentation. Note to file re: same. | 0.25 | $380.00 | $95.00 |
| 10/30/18 | C.M. | Reviewed creditor information, credit reports for non-filing spouse and status and lack of possible joint obligations (.6). Drafted emergency documentation including creditor matrix petition, and disclosures for client review and signature (1.7). Notes to file for client review and signature (.15). | 2.45 | $380.00 | $931.00 |
| 10/31/18 | C.M. | Reviewed documents with client for changes, made changes to emergency documentation, reviewed with client timeline going forward and information needed to complete plan and deficiency documentation (.85). Notes to file re: same and timeline for follow-up (.15). | 1.00 | $380.00 | $380.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/31/18 | C.M. | Completed emergency petition and disclosures for emergency filing; filed same (.5). Drafted correspondence to client re: filing and next steps for deficiency documents (.35). | 0.85 | $380.00 | $323.00 |
| 11/06/18 | C.M. | Reviewed car secured claim POC; exchanged correspondence with client regarding status of post-filing payments and claim treatment in plan. Notes to file re: same. | 0.35 | $380.00 | $133.00 |
| 11/7/2018 | C.M. | Reviewed ODR POC, notes to file re: same. | 0.15 | $380.00 | $57.00 |
| 11/14/18 | C.M. | Exchanged correspondence with client regarding mortgage payment status and next steps regarding mortgage payment. Note to file re: same and necessary follow-up. | 0.25 | $380.00 | $95.00 |
| 11/14/18 | C.M. | Drafted motion to extend time to file deficiency documents; noticed and filed same. Notes to file re: status and follow-up. | 0.50 | $380.00 | $190.00 |
| 11/14/18 | C.M. | Reviewed order extending time; correspondence to client re: status of same and deadline for final review of plan, deficiency documents, and 341 documents for trustee. | 0.30 | $380.00 | $114.00 |
| 11/18/18 | C.M. | Reviewed file and notes (.2). Researched home and vehicle valuations and completed schedules to accurately reflect valuations (.75). Calculated and compared exemption options, completed schedules to accurately reflect election (.65). Reviewed sources of income, calculated and confirmed monthly income and completed schedules to accurately reflect income and expenses (.85). Calculated means test and completed same (.5). Notes to file re: same and additional information needed (.2). | 3.15 | $380.00 | $1,197.00 |
| 11/18/18 | C.M. | Calculated plan options for client based on income and expenses and secured claim treatment, made notes for review with client re: options and strategies for plans. | 2.30 | $380.00 | $874.00 |
| 11/19/18 | C.M. | Reviewed file and notes; met with clients to review and update bankruptcy schedules and filings to reflect clarifications and information provided (.8). Reviewed disclosures and notices with clients and signed same (.4). Reviewed final schedules, statement of financial affairs, means test, and plan with clients and signed same (.3). Notes to file re: status and strategy going forward (.2). | 1.70 | $380.00 | $646.00 |
| 11/21/18 | C.M. | Reviewed file and notes; Reviewed client documentation for trustee review for 341 hearing. Drafted correspondence accompanying documentation for trustee review. Note to file re: same. | 0.50 | $380.00 | $190.00 |
| 11/26/18 | C.M. | Reviewed correspondence from client regarding upcoming 341 hearing and documentation required for same. Confirmed with client status of documentation and provided instructions regarding details of upcoming hearing and substance of same. | 0.35 | $380.00 | $133.00 |
| 11/27/18 | C.M. | Reviewed file in preparation for 341 hearing (.35). Met with client to prepare for 341 hearing (.5). Attended 341 hearing (.75). Met with client to discuss status of case and steps for confirmation (.2). Note to file re: timeline going forward for confirmation (.15). | 1.95 | $380.00 | $741.00 |
| 11/29/18 | C.M. | Reviewed file, notes, and trustee objection to confirmation. Drafted amended schedules for client review and signature. Notes to file re: same and necessary next steps. | 0.45 | $380.00 | $171.00 |
| 12/13/18 | C.M. | Reviewed file and docket for objections to confirmation. Drafted OCP and correspondence to trustee re: same. | 0.50 | $380.00 | $190.00 |
| 12/13/18 | C.M. | Reviewed fee itemization and notice of same for filing with court. | 1.00 | $35.00 | $35.00 |

|         | Time  | RATE     | SUB-TOTALS  |
|---------|-------|----------|-------------|
| TOTALS  | 5.85  | $360.00  | $2,106.00   |
|         | 22.25 | $380.00  | $8,455.00   |
|         | 1.0   |          | $35.00      |
| **TOTAL:** | **29.10** |      | **$10,596.00** |

| **Invoiced Time** | **$10,596.00** |
|---|---|
| Time | **$10,596.00** |
| Costs | |
| - Mailing | **$0.00** |
| - Copies | **$0.00** |
| - Fees | **$0.00** |
| Total Fees & Costs: | **$10,596.00** |